UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. |
| Plaintiff, | : | 1:10CR 117 |
| | : | Judge |
| v. | : | SPIEGEL |
| | : | INDICTMENT |
| ELLSWORTH WILLIAMSON, | : | 29 U.S.C. § 501(c) |
| Defendant. | : | |

The Grand Jury charges that:

### COUNT 1

Beginning on or about September 15, 2005, and continuing up to and including November 9, 2006, in the Southern District of Ohio, defendant Ellsworth Williamson, while an officer, that is, president of United Steelworkers Local 5-1967, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to the defendant's own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $5,159.16.

All in violation of Title 29, United States Code, Section 501(c).

A TRUE BILL.

_PSB S/_
GRAND JURY FOREPERSON

CARTER M. STEWART
UNITED STATES ATTORNEY

ANTHONY SPRINGER
CINCINNATI BRANCH CHIEF